IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS, | No. CIV S-11-2388-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MJ J KENWOOD, et al. | |
| Defendants. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a complete application to proceed in forma pauperis, along with a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint, <u>or</u> paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a), (a)(2). Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee.[1] Plaintiff is

---

[1] It appears that Plaintiff is not eligible to proceed in forma pauperis in this action because he has filed, on three or more prior occasions, actions in this court which have been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim. <u>See</u> 28 U.S.C. § 1915(g). However, Plaintiff is provided this opportunity to either submit the filing fee or his application to proceed in forma pauperis with some showing that he meets the "under imminent danger of serious physical injury" standard.

1

1  warned that failure to resolve the fee status of this case within the time provided may result in the
2  dismissal of this action for lack of prosecution and failure to comply with court rules and orders.
3  See Local Rule 110.
4        Accordingly, IT IS HEREBY ORDERED that:
5        1.   Plaintiff shall submit on the form provided by the Clerk of the Court,
6  within 30 days from the date of this order, a complete application for leave to proceed in forma
7  pauperis, with the required certified copy of his trust account statement and an explanation as to
8  how he meets the immanent danger standard, or the appropriate filing fee; and
9        2.   The Clerk of the Court is directed to send plaintiff a new form Application
10 to Proceed In Forma Pauperis By a Prisoner.

  DATED: September 22, 2011

                            _____
                            **CRAIG M. KELLISON**
                            UNITED STATES MAGISTRATE JUDGE